389 P.3d 133

**Arthur BIRANO, Petitioner-Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee.**

**CAAP-15-0000841**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING PRISONER NO. 09-1-0040)
(CRIMINAL NO. 01-1-1154)

SUMMARY DISPOSITION ORDER

Affirm.